Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 1:11-cv-00674-LJO-SKO** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR SCHEDULING CONFERENCE; and ORDER** |
| **vs.** | |
| **MANUEL CANO CANO,  et al.,** | **DATE:  Tuesday, November 22, 2011** |
| **Defendant(s).** | **TIME:   9:45 A.M.** |

**TO THE HONORABLE SHEILA K. OBERTO, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Scheduling Conference presently scheduled for Tuesday, November 22, 2011 at 9:45 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Fresno Division of this Honorable Court.

///
///
///

1    **WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear

2    by telephone for the Scheduling Conference scheduled for Tuesday, November 22, 2011 at 9:45 A.M.

3

4                                             Respectfully submitted,

5

6

7

8    Date:   November 14, 2011                   */s/ Thomas P. Riley*
                                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
9                                               By: Thomas P. Riley
                                                Attorneys for Plaintiff
10                                              J & J Sports Productions, Inc.

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**ORDER**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 1:11-cv-00674-LJO-SKO styled *J & J Sports Productions, Inc. v. Cano, et al.,* is hereby granted permission to appear telephonically at the Scheduling Conference set for Tuesday, November 22, 2011, at 9:45 a.m.

It is also ordered that Mr. Riley contact defendants' counsel to determine if opposing counsel also wishes to appear telephonically.  If both parties wish to appear telephonically, they shall coordinate a conference call between themselves and then call the court at 559-499-5790 on Tuesday, November 22, 2011, at 9:45 a.m.

IT IS SO ORDERED.

Dated:   **November 14, 2011**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE