**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MANUEL CANO CANO, et al., <br><br> Defendants. | CASE NO. CV F 11-0674 LJO SKO <br><br> ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER <br> (Doc. 19.) |

This Court's November 29, 2011 order and Local Rule 281(a)(2) required the parties, no later than January 2, 2013, to file a joint pretrial statement. The parties have disobeyed the November 29, 2011 order and Local Rule 281(a)(2) in failing to file a joint pretrial statement. The parties failed to seek an extension to file a joint pretrial statement, and this Court will entertain no extension of dates set by the November 29, 2011 order.

This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than January 7, 2013, to file papers to show cause why sanctions, including dismissal of claims or monetary sanctions, should not be imposed for failure to comply with the November 29, 2011 order and Local Rule 281(a)(2). At this point, this Court contemplates dismissing this case and/or imposing a $750 sanction on each parties' counsel.

This Court ADMONISHES the parties and counsel that they are required to observe and comply

1 with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to
2 sanctions as this Court deems appropriate.
3     IT IS SO ORDERED.
4 **Dated:**   **January 3, 2013**     /s/ **Lawrence J. O'Neill**
    UNITED STATES DISTRICT JUDGE