# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-0674 LJO SKO |
| Plaintiffs, | **ORDER ON LATE FILED PRETRIAL STATEMENT** |
| v. | (Docs. 22-24.) |
| MANUEL CANO CANO, et al., | |
| Defendants. | |

Plaintiff's counsel Thomas P. Riley ("Mr. Riley")continues to demonstrate discourtesy to this Court. Without permission and with an order to show cause pending, Mr. Riley filed a belated pretrial statement and related documents (docs. 22-24). The January 3, 2013 order to show cause (doc. 21) remains in full effect, despite Mr. Riley's last ditch efforts. In the absence of a sufficient response to the order to show cause, this Court will dismiss this action.

IT IS SO ORDERED.

**Dated:   January 4, 2013**          /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE