# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-0674 LJO SKO |
| Plaintiffs, | ORDER TO VACATE DATES AND TO SHOW CAUSE WHY ANSWER SHOULD NOT BE STRICKEN |
| vs. | (Doc. 21.) |
| MANUEL CANO CANO, et al., | |
| Defendants. | |

This Court's November 29, 2011 order and Local Rule 281(a)(2) required the parties, no later than January 2, 2013, to file a joint pretrial statement. The parties disobeyed the November 29, 2011 order and Local Rule 281(a)(2) in failing to file timely a joint pretrial statement. The parties failed to seek an extension to file a joint pretrial statement, and this Court will entertain no extension of dates set by the November 29, 2011 order.

This Court's January 3, 2013 order required the parties, no later than January 7, 2013, to file papers to show cause why sanctions, including dismissal of claims or monetary sanctions, should not be imposed for failure to comply with the November 29, 2011 order and Local Rule 281(a)(2). Defendants filed no papers to respond the order to show cause, and defense counsel has indicated that he no longer practices law.

This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Based on the status of this action, this Court:

1. VACATES the January 9, 2013 pretrial conference and February 20, 2013 trial;

2. ORDERS defendants Manuel Cano Cano and Miriam A. Rojo de Cano, no later than January 15, 2013, to file and serve papers to show cause why this Court should not impose on them sanctions, including striking their answer, for disobedience of this Court's orders and Local Rules and for failure to defend meaningfully this action;

3. ORDERS defense counsel, no later than January 9, 2013, to provide this Court the best last known address of defendants Manuel Cano Cano and Miriam A. Rojo de Cano to accomplish service of documents;

4. ADMONISHES the parties and counsel that they are required to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate; and

5. DIRECTS the clerk to serve a copy of this order on defendants Manuel Cano Cano and Miriam A. Rojo de Cano at 67400 Polk Street, Thermal, CA 92274 and 81315 Fuchsia Ave., Indio, CA 92201.

IT IS SO ORDERED.

**Dated:   January 8, 2013**            /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE