# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-0674 LJO SKO |
| Plaintiff, | **NOTICE OF INTENT TO DISMISS ACTION** |
| vs. | |
| MANUEL CANO CANO, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff has failed to diligently pursue default judgment against any remaining defendant. Given the absence of pending matters, this Court intends to dismiss and close this action, unless no later than March 5, 2013, plaintiff files and serves default judgment papers.

IT IS SO ORDERED.

**Dated:   February 27, 2013          /s/  Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

1