UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 1:11-cv-00674 - LJO - JLT |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO FILE A DECLARATION IN SUPPORT OF THE MOTION |
| v. | ) | FOR DEFAULT JUDGMENT |
| MANUEL CANO, et al. | ) ) | |
| Defendants. | ) ) | |

Plaintiff seeks the entry of default judgment against defendants Manuel Cano and Mariam A. Rojo De Cano, individually and doing business as 8 Ball Pool Hall. (Doc. 32). In the memorandum in support thereof, Plaintiff references "Plaintiff's Affidavit in Support of Plaintiff's Application for Default Judgment by the Court," which was to be "concurrently filed" with the motion. (*See* Doc. 32-1 at 9). However, it was not submitted and thus, there is no evidence claimed damages for conversion. Accordingly, **IT IS HEREBY ORDERED**: Plaintiff **SHALL** file a declaration in support of the motion for default judgment within fourteen days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   **March 28, 2013**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1