# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MANUEL CANO, et al. <br><br> Defendants. | Case No.: 1:11-cv-00674 - LJO - JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST THAT A WRIT OF EXECUTION BE SERVED BY A REGISTERED PROCESS SERVER <br><br> (Doc. 42) |

On May 16, 2014, J & J Sports Productions lodged a proposed order seeking to allow a registered process server to serve writs of execution. (Doc. 42) Plaintiff asserts that because the "U.S. Marshal's Service does not perform execution levies," this order is needed "to enforce the court's judgment by writ of execution." Id.

J&J asserts that the basis for the order is Fed. R. Civ. P. 4 (c) and Local Rule 19.2 and 19.3 of the Central District of California. Id. Review of Fed. R. Civ. P. 4(c) relates to service of a summons rather than writs of execution and the Court has been unable to locate either a Rule entitled 19.2 or 19.3 in the Central District of California. In any event, why Plaintiff believes that a Local Rule from the Central District has any bearing on this case which is proceeding in the Eastern District of California is unclear.

Federal Rules of Civil Procedure 69(a) sets forth the procedure for executing a writ of execution. This section specifies that, "The procedure on execution . . . must accord with the

1

1  procedure of the state where the court is located, but a federal statute governs to the extent it applies."
2  Thus, service of the writ of execution must comply with California law. <u>Credit Suisse v. U.S. Dist.</u>
3  <u>Court for Cent. Dist. of California</u>, 130 F.3d 1342, 1344 (9th Cir.1997); <u>Hilao v. Estate of Marcos</u>, 95
4  F.3d 848, 850 (9th Cir.1996). Notably, California's Code of Civil Procedure § 699.080 permits the
5  writ to be served by a registered process server.

6  Counsel submits a declaration in which he attests that Rezak Meyer Attorney Service, is a
7  registered process server.  Thus, the Court finds good cause to authorize Rezak Meyer Attorney
8  Service, a registered process server, to serve the writs of execution and to relieve the United States
9  Marshal of performing the same.

## ORDER

Based upon the foregoing, the Court **ORDERS**:

1. Plaintiff may employ the services of Rezak Meyer Attorney Service to perform the duties and responsibilities of levying officer as defined under California Code of Civil Procedure § 699.080;

2. Rezak Meyer Attorney Service **SHALL** comply with the requirements of the California Code of Civil Procedure concerning the enforcement of judgments, including California Code of Civil Procedure § 699.080.

IT IS SO ORDERED.

Dated:   **May 27, 2014**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE